■ FRANCESCO REALTY CORP., Respondent, v. OSCAR WEINER et al., Appellants.— Order, entered on April 21, 1960, granting plaintiff's motion for summary judgment, and judgment entered thereon, unanimously reversed, on the law and on the facts, and the motion denied, with costs to abide the event. There is a triable issue as to whether the contract for the sale of the property and the check issued by plaintiff were conditionally delivered. The fact that both the written contract and the check were undated tends to lend some credence to defendants' version of the transaction, at least to the extent of requiring further exploration by testimony. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALLY BARON, Appellant, v. MILDRED TEITELBAUM, MAX TEITELBAUM and ESTHER TEITELBAUM, Respondents.— Order, entered on June 25, 1959, dismissing petitioner's writ of habeas corpus, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ SARAH SLATER, Appellant, v. PHYLLIS MARGOLIN et al., Doing Business as Middletown Auto School, Respondents, et al., Defendant.— Order, entered on September 10, 1958, denying plaintiff's motion for a preference under subdivision 5 of rule V of the New York County Supreme Court Trial Term Rules, and directing that the cause be transferred to Orange County, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to the appellant, and the motion for a preference granted, with $10 costs. Plaintiff is a resident of New York County. Defendants-respondents are residents of and were served in Rockland County and Orange County, respectively. It does not appear that personal service could be effected within the City of New York on the defendants. The rule was not intended to exclude a case from moving along in regular order on the calendar where the plaintiff is a resident of New York County and the action is brought, as this one was, in the Supreme Court for jurisdictional reasons. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.